No. 792, Misc. BROOKS *v.* BUDER, JUDGE. Sup. Ct. Mo. Certiorari denied. *John L. Davidson, Jr.,* for petitioner.

No. 802, Misc. CRAIG *v.* HOCKER, WARDEN. Sup. Ct. Nev. Certiorari denied.

No. 805, Misc. MARTINEZ *v.* COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 809, Misc. CHINOWITH *v.* INSURANCE CO. OF NORTH AMERICA. C. A. 5th Cir. Certiorari denied. *Luther E. Jones, Jr.,* for petitioner.

No. 816, Misc. HOGAN *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 821, Misc. CONWAY *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 822, Misc. JONES *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 824, Misc. THOMPSON ET UX. *v.* WALSH ET AL., U. S. DISTRICT JUDGES. C. A. D. C. Cir. Certiorari denied. *Charles P. Howard, Jr.,* for petitioners.

No. 827, Misc. PRILLERMAN *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 290, Misc. EDWARDS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Philip R. Monahan* for the United States.